

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

**Erin N. Pietkewicz**
Associate
epietkewicz@connellfoley.com

> This request is GRANTED.  The settlement conference will be held on September 10, 2024 at 11:30am.  SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> July 17, 2024.

**VIA ELECTRONIC FILING**
The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Courtroom 425
New York, New York 10007

Re:   ***Imogene Morgan v. Costco Wholesale Corporation***
      **Docket No.: 24-cv-681-PAE**

Dear Judge Willis:

This office represents Defendant, Costco Wholesale Corporation ("Costco"), in connection with the above-referenced matter. We write to respectfully request an adjournment of the settlement conference currently scheduled for July 23, 2024 as our office has a conflict on that date. We have discussed with Plaintiff's counsel and they consent to the adjournment. The parties are otherwise available to move forward with the conference on either August 19, September 10, September 12 or September 13. This is the first request for an adjournment being made by either party.

Your Honor's consideration of this matter is greatly appreciated.

Respectfully submitted,

Erin N. Pietkewicz

**CC VIA ECF:**
Mark B. Rubin, Esq.
*Attorney for Plaintiff*
Imogene Morgan
3413 White Plains Road
Bronx, New York 10467
(718) 231-1515

Roseland     Jersey City     Newark     New York     Cherry Hill     Philadelphia

www.connellfoley.com

6786137-1