

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

Erin N. Pietkewicz
Associate
epietkewicz@connellfoley.com

> This request is GRANTED. The September 10, 2024, settlement conference is adjourned sine die. Should the Parties wish to participate in a settlement conference after the close of discover, they should contact my courtroom deputy Christopher Davis via email. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> September 3, 2024

**VIA ELECTRONIC FILING**
The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Courtroom 425
New York, New York 10007

Re:   *Imogene Morgan v. Costco Wholesale Corporation*
        Docket No.: 24-cv-681-PAE

Dear Judge Willis:

This office represents Defendant, Costco Wholesale Corporation ("Costco"), in connection with the above-referenced matter. We write to respectfully request an adjournment of the settlement conference currently scheduled for September 10, 2024 as fact discovery remains ongoing and a conference would be more productive after the necessary discovery has been completed. We have discussed with Plaintiff's counsel and they consent to the adjournment. The parties are otherwise available to move forward with the conference during the week of November 4, 2024.

Your Honor's consideration of this matter is greatly appreciated.

Respectfully submitted,

Erin N. Pietkewicz

**CC VIA ECF:**
Mark B. Rubin, Esq.
*Attorney for Plaintiff*
Imogene Morgan
3413 White Plains Road
Bronx, New York 10467
(718) 231-1515