UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IMOGENE MORGAN,

                                 Plaintiff,

-v-

COSTCO WHOLESALE CORPORATION,

                                 Defendant.

24 Civ. 681 (PAE) (JW)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The joint pretrial order, proposed *voir dire*, requests to charge, and any motions *in limine* will be due **January 24, 2025**.

- Responses to any motions *in limine* will be due **January 31, 2025**.

- The final pretrial conference is scheduled for **February 7, 2025** at **2 p.m.** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

- Trial will begin on **February 24, 2025**, a date convenient for all.

SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: October 29, 2024
       New York, New York